06-15-00136-CR

| | |
|---|---|
| BRONCHEA GERARD WALKER | IN THE 6th COURT OF APPEALS |
| | BOWIE COUNTY, TEXAS AT TEXARKANA TEXAS |
| V. | CAUSE NO: 2013-1937-C |
| THE STATE OF TEXAS | |

FILED IN
The Court of Appeals
Sixth District

'AUG 3 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

AUG 3 1 2015

Texarkana, Texas
Debra Autrey, Clerk

## MOTION TO BE HEARD

To the honorable judge of said court, I write today notifying you all that my trial attorney Mr. F. ALAN BENNETT has indicated that the trial court might appoint him to be my appeal attorney. However I feel that this is a major conflict of intrest due to the fact that he was my convicting case trial lawyer that tried to persuade me not to appeal.

Thank you for your time concerning this situation.

Respecfully Submitted,
Bronchea Walker
3201 E. Hwy 6.
Waco, Tx 76705